NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

20-406 consolidated with 20-405

KELLY JEAN THOMAS

VERSUS

PHILIP ADAM THOMAS

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2019-2858 C/W 2019-2713
HONORABLE LILYNN A. CUTRER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN E. CONERY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, John E. Conery, and Sharon Darville
Wilson, Judges.

AFFIRMED.

**Jonathan L. Johnson**
**Erin N. Abrams**
**The Johnson Firm**
**1111 Ryan Street**
**Lake Charles, Louisiana  70601**
**(337) 433-1414**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Kelly Jean Willis Thomas**

**Todd H. Melton**
**Todd H. Melton, L.L.C.**
**P.O. Box 847**
**616 Kirby Street**
**Lake Charles, Louisiana  70602**
**(337) 439-2979**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Philip Adam Thomas**

**CONERY, Judge.**

For the reasons stated in the consolidated case of *Philip Adam Thomas v. Kelly Jean Willis Thomas*, 20-405, the trial court's judgment of January 8, 2020 is affirmed in its entirety. All costs of this appeal are assessed to Kelly Jean Willis Thomas.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Courts of Appeal.